# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-53255 MSS
**Case Name:** WENTZ, LAWRENCE A.
WENTZ, DEBORAH J.
**Period Ending:** 10/27/10

**Trustee:** (520210)  KATHRYN A. BELFANCE, TRUSTEE
**Filed (f) or Converted (c):** 07/08/10 (f)
**§341(a) Meeting Date:** 08/31/10
**Claims Bar Date:** 01/21/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Real property and residence located at 842 Dresd | 179,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash on hand with Debtors | 49.00 | 0.00 | DA | 0.00 | FA |
| 3 | Funds on deposit in checking account number 7820 | 673.00 | 0.00 | DA | 0.00 | FA |
| 4 | Funds on deposit in savings account number 29067 | 400.00 | 0.00 | DA | 0.00 | FA |
| 5 | Funds on deposit in checking and savings account | 300.00 | 0.00 | DA | 0.00 | FA |
| 6 | Miscellaneous household goods and furnishings | 7,500.00 | 0.00 | DA | 0.00 | FA |
| 7 | Miscellaneous clothing | 700.00 | 0.00 | DA | 0.00 | FA |
| 8 | Miscellaneous clothing | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | Wedding band with 3 small diamonds | 500.00 | 0.00 | DA | 0.00 | FA |
| 10 | Wedding band with diamond chip | 150.00 | 0.00 | DA | 0.00 | FA |
| 11 | Masonic ring | 150.00 | 0.00 | DA | 0.00 | FA |
| 12 | Citizens quartz watch | 125.00 | 0.00 | DA | 0.00 | FA |
| 13 | Various lapel pins | 50.00 | 0.00 | DA | 0.00 | FA |
| 14 | Columbia brand watch | 50.00 | 0.00 | DA | 0.00 | FA |
| 15 | Wedding ring set | 800.00 | 0.00 | DA | 0.00 | FA |
| 16 | Diamond necklace | 100.00 | 0.00 | DA | 0.00 | FA |
| 17 | Diamond earrings | 100.00 | 0.00 | DA | 0.00 | FA |

10-53255-mss    Doc 21    FILED 10/27/10    ENTERED 10/27/10 15:23:38    Page 1 of 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 10-53255 MSS | **Trustee:** (520210)  KATHRYN A. BELFANCE, TRUSTEE |
| **Case Name:** WENTZ, LAWRENCE A. | **Filed (f) or Converted (c):** 07/08/10 (f) |
| WENTZ, DEBORAH J. | **§341(a) Meeting Date:** 08/31/10 |
| **Period Ending:** 10/27/10 | **Claims Bar Date:** 01/21/11 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 18 | Emerald ring | 150.00 | 0.00 | DA | 0.00 | FA |
| 19 | Emerald earrings | 100.00 | 0.00 | DA | 0.00 | FA |
| 20 | Pearl earrings | 100.00 | 0.00 | DA | 0.00 | FA |
| 21 | Tanzanite ring | 100.00 | 0.00 | DA | 0.00 | FA |
| 22 | Gold necklaces | 200.00 | 0.00 | DA | 0.00 | FA |
| 23 | Fossil watch | 50.00 | 0.00 | DA | 0.00 | FA |
| 24 | Columbia watch | 30.00 | 0.00 | DA | 0.00 | FA |
| 25 | Tennis bracelet | 150.00 | 0.00 | DA | 0.00 | FA |
| 26 | Golf clubs | 150.00 | 0.00 | DA | 0.00 | FA |
| 27 | Interest in funds on deposit in pension through | Unknown | 0.00 | DA | 0.00 | FA |
| 28 | Rollover IRA through Penn Mutual, contract numbe | 235,883.29 | 0.00 | DA | 0.00 | FA |
| 29 | IRA rollover through American Funds account numb | 134,220.05 | 0.00 | DA | 0.00 | FA |
| 30 | Roth IRA account number 7478-xxxx through LPL Fi | 11,183.80 | 0.00 | DA | 0.00 | FA |
| 31 | Roth IRA account number 7743-xxxx through LPL Fi | 11,337.40 | 0.00 | DA | 0.00 | FA |
| 32 | Traditional IRA account number 000010xxxx throug | 6,767.00 | 0.00 | DA | 0.00 | FA |
| 33 | Traditional IRA account number 000010xxxx throug | 6,767.00 | 0.00 | DA | 0.00 | FA |
| 34 | 100% of the stock of LarDeb, Inc. (defunct) | 0.00 | 0.00 | DA | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 10-53255 MSS | **Trustee:** (520210)  KATHRYN A. BELFANCE, TRUSTEE |
| **Case Name:** WENTZ, LAWRENCE A. | **Filed (f) or Converted (c):** 07/08/10 (f) |
| WENTZ, DEBORAH J. | **§341(a) Meeting Date:** 08/31/10 |
| **Period Ending:** 10/27/10 | **Claims Bar Date:** 01/21/11 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 35 | 2001 Dodge Intrepid (205,000 miles and emissions | 300.00 | 0.00 | DA | 0.00 | FA |
| 36 | 2004 Chrysler Town & Country van (79,000 miles)( | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 37 | 2 computers | 200.00 | 0.00 | DA | 0.00 | FA |
| 38 | 2 desks | 200.00 | 0.00 | DA | 0.00 | FA |
| 39 | 2 file cabinets | 100.00 | 0.00 | DA | 0.00 | FA |
| 40 | 1 shredder | 75.00 | 0.00 | DA | 0.00 | FA |
| 41 | Fradulent Transfer  (u) | 0.00 | 1.00 | | 0.00 | 1.00 |
| **41** | **Assets**    **Totals** (Excluding unknown values) | **$604,710.54** | **$1.00** | | **$0.00** | **$1.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** June 30, 2011        **Current Projected Date Of Final Report (TFR):** December 31, 2010

Printed: 10/27/2010 03:15 PM     V.12.54